# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Crystal M. Bolan,                        Civil No: 10-1901 (RHK/JJK)

    Plaintiff,                           **ORDER**

vs.

Millennium Credit Consultants, Inc., a
domestic corporation,

    Defendant.

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 2), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 25, 2010

    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge